# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

July 27, 2005

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

No. 03-2448

| | |
|---|---|
| CHRISTOPHER HOLLY,<br>     *Plaintiff-Appellant,*<br><br>     *v.*<br><br>D. WOOLFOLK, et al.,<br>     *Defendants-Appellees.* | Appeal from the United States<br>District Court for the Northern<br>District of Illinois, Eastern Division.<br><br>No. 03 C 2563<br><br>Ruben Castillo,<br>*Judge.* |

**O R D E R**

The slip opinion issued in the above-entitled cause on July 18, 2005, is amended on page 1 to reflect the lower court case number as **No. 03 C 2563**.